B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Andre Laforest Brevil**,
Debtor

Case No. __13-36355__

Chapter __13__

## SUMMARY OF SCHEDULES - AMENDED 2/12/2014

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 201,490.00 | | |
| B - Personal Property | Yes | 4 | 17,555.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 452,204.41 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 491,481.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,304.54 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,991.73 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 219,045.00 | | |
| Total Liabilities | | | | 943,685.50 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Andre Laforest Brevil**, Debtor

Case No. __13-36355__

Chapter __13__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,304.54 |
| Average Expenses (from Schedule J, Line 18) | 3,991.73 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,674.17 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 249,730.24 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 491,481.09 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 741,211.33 |

B6B (Official Form 6B) (12/07)

In re **Andre Laforest Brevil** , Case No. **13-36355**
                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 2/12/2014

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | 20.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JPMorgan Chase Bank, N.A.**<br>**Checking Account No.: XXXX8879** | - | 200.00 |
| | | | **Ryder Systems Federal Credit Union**<br>**Checking and Savings Account No.: XXXX0018** | - | 300.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living room: Couch, Love seat, Center table, Corner table, Wall unit, Lamp, TV, DVD, Stereo and miscellaneous Decorative Items.**<br>**Kitchen: Refrigerator, Toaster, Microwave, Coffee maker, Stove, 4 Chairs, 6 Pots, 8 Plates, 4 Cups, 16 Silverware and Misc small items.**<br>**Bedroom: Bed, Dress, Headboard and Nightstand.**<br>**Other Items: Washer, Dryer, Computer, Printer, Video Camera, Digital Camera, Used Towels, Sheets, Bedding and Comforters.**<br>**Value is debtors valuation based on age and condition.** | - | 1,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Used clothes and shoes, value is debtors valuation based on age and condition.** | - | 60.00 |
| 7. | Furs and jewelry. | | **2 Man Watches (not name brand) and 2 Rings, value is debtors valuation based on age and condition.** | - | 100.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **2 Hand Gungs and 2 Rifles, value is debtors valuation based on age and condition.** | - | 400.00 |

                                                                                              Sub-Total >    **2,580.00**
                                                                                         (Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Andre Laforest Brevil**, Case No. **13-36355**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 2/12/2014
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Andre Laforest Brevil**, Case No. **13-36355**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 2/12/2014
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Nissan 350Z 2D**<br>**Vin: XXXX4247**<br>**miles: 116,315**<br>**Value obtained by Car Max** | - | 5,000.00 |
| | | **2002 Lexus LS 430**<br>**VIN: XXXX68183**<br>**Miles 153,528**<br>**Valuation based on Car Max** | - | 6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >     **11,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Andre Laforest Brevil**, Case No. **13-36355**
                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 2/12/2014
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Business Inventory:** <br> **2 Valiant Gateways (GWs) est $800** <br> **2 Cisco 5300 GWs est $1200** <br> **1 Cisco 5350 SW est $1250** <br> **1 HP Server $500** <br> **1 Cisco switch est $150** <br> **1 Hp Printer Old and used $50** <br> **1 Monitor old and used $25** | - | 3,975.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >  **3,975.00**
(Total of this page)
Total >  **17,555.00**

Sheet  **3**  of  **3**    continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re  **Andre Laforest Brevil**                                    ,   Case No.   **13-36355**
                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED 2/12/2014

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **Homestead Address: 3240 Mary Street #S207, Miami, FL 33133-5273** <br> **Parcel Identification Number: 01-4121-106-0240** <br> **Legal Description: COURTYARDS OF THE GROVE CONDO UNIT S207 UNDIV .9% INT IN COMMON ELEMENTS OFF REC 10681-1861 OR 16403-4034 0694 1** <br> **- Valuation obtained from Miami Dade County Property Appraiser Office.** <br> **- Joint with Dorothy Sansaricq.** <br> **- Purchased and on title since 12/2005.** | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 63,490.00 | 63,490.00 |
| **Cash on Hand** <br> **Cash on Hand** | Fla. Const. art. X, § 4(a)(2) | 20.00 | 20.00 |
| **Household Goods and Furnishings** <br> **Living room: Couch, Love seat, Center table, Corner table, Wall unit, Lamp, TV, DVD, Stereo and miscellaneous Decorative Items.** <br> **Kitchen: Refrigerator, Toaster, Microwave, Coffee maker, Stove, 4 Chairs, 6 Pots, 8 Plates, 4 Cups, 16 Silverware and Misc small items.** <br> **Bedroom: Bed, Dress, Headboard and Nightstand.** <br> **Other Items: Washer, Dryer, Computer, Printer, Video Camera, Digital Camera, Used Towels, Sheets, Bedding and Comforters.** <br> **Value is debtors valuation based on age and condition.** | Fla. Const. art. X, § 4(a)(2) | 980.00 | 1,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **2003 Nissan 350Z 2D** <br> **Vin: XXXX4247** <br> **miles: 116,315** <br> **Value obtained by Car Max** | Fla. Stat. Ann. § 222.25(1) | 1,000.00 | 5,000.00 |
| | Total: | 65,490.00 | 70,010.00 |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                                         Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Andre Laforest Brevil**, Case No. **13-36355**
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED 2/12/2014

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx4956<br><br>Cap One Na<br>3905 N Dallas Pkwy<br>Plano, TX 75093 | | J | Opened 2/15/08 Last Active 9/30/13<br>Homestead Address: 3240 Mary Street #S207, Miami, FL 33133-5273<br>Parcel Identification Number: 01-4121-106-0240<br>Legal Description: COURTYARDS OF THE GROVE CONDO UNIT S207 UNDIV .9% INT IN COMMON ELEMENTS OFF | | | | | |
| | | | Value $  63,490.00 | | | | 252,592.00 | 189,102.00 |
| Account No. xxxxxxxx8091<br><br>Chase<br>Po Box 24696<br>Columbus, OH 43224 | | - | Opened 11/13/06 Last Active 9/11/13<br>Equity Line Of Credit<br>9280 SW 123 Court Apt.406, Miami, FL 33186<br>Legal Descriptin: KENLAND POINTE CONDO III UNIT 406-S UNDIV 1.1084% INT IN COMMON ELEMENTS OFF REC 12740-26 OR 22219-1026 042004 1 | | | | | |
| | | | Value $  138,000.00 | | | | 50,083.00 | 0.00 |
| Account No. xxxxxx3768<br><br>Ocwen Loan Servicing LLC<br>PO BOX 6440<br>Carol Stream, IL 60197-6440 | | - | First Mortgage<br>9280 SW 123 Court Apt.406, Miami, FL 33186<br>Legal Descriptin: KENLAND POINTE CONDO III UNIT 406-S UNDIV 1.1084% INT IN COMMON ELEMENTS OFF REC 12740-26 OR 22219-1026 042004 1<br>Property is owned Jointly with Dorthy | | | | | |
| | | | Value $  138,000.00 | | | | 148,545.24 | 60,628.24 |
| Account No. xxx-xxxx8183<br><br>Toyota Motor Credit<br>POB 8026<br>Cedar Rapids, IA 52408 | | - | 2008<br>PMSI<br>2002 Lexus LS 430<br>VIN: XXXX68183<br>Miles 153,528<br>Valuation based on Car Max | | | | | |
| | | | Value $  6,000.00 | | | | 984.17 | 0.00 |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | 452,204.41 | 249,730.24 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 452,204.41 | 249,730.24 |

B6I (Official Form 6I) (12/07)

In re  **Andre Laforest Brevil**                                   Case No.  **13-36355**
                                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED 2/12/2014

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Systems Analyst | |
| Name of Employer | Ebyte Technologies, Inc. | |
| How long employed | 1 Year | |
| Address of Employer | 7855 NW 12th Street Suite 212 Miami, FL 33126 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3,500.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 3,500.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 419.63 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 419.63 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,080.37 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): **Income Tax Refund** | $ 174.17 | $ N/A |
| **Rental Income** | $ 1,050.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,224.17 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,304.54 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 4,304.54 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)
In re **Andre Laforest Brevil**                                                                 Case No. **13-36355**
                                                Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED 2/12/2014

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ **1,446.13** |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ **80.00** |
| b. Water and sewer | | $ **0.00** |
| c. Telephone | | $ **0.00** |
| d. Other **See Detailed Expense Attachment** | | $ **204.00** |
| 3. Home maintenance (repairs and upkeep) | | $ **0.00** |
| 4. Food | | $ **300.00** |
| 5. Clothing | | $ **0.00** |
| 6. Laundry and dry cleaning | | $ **25.00** |
| 7. Medical and dental expenses | | $ **0.00** |
| 8. Transportation (not including car payments) | | $ **200.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **0.00** |
| 10. Charitable contributions | | $ **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ **0.00** |
| b. Life | | $ **0.00** |
| c. Health | | $ **0.00** |
| d. Auto | | $ **203.87** |
| e. Other | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ **381.14** |
| b. Other | | $ **0.00** |
| c. Other | | $ **0.00** |
| 14. Alimony, maintenance, and support paid to others | | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **0.00** |
| 17. Other **Rental Expenses- Non Homestead Mortgage payments** | | $ **1,151.59** |
| Other | | $ **0.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **3,991.73** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I        $ **4,304.54**
b. Average monthly expenses from Line 18 above              $ **3,991.73**
c. Monthly net income (a. minus b.)                          $ **312.81**

**B6J (Official Form 6J) (12/07)**

In re  **Andre Laforest Brevil**                                              Case No.  **13-36355**
                                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED 2/12/2014
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **Cable/Telephone/Internet** | $ 151.00 |
| **Cellphone** | $ 53.00 |
| **Total Other Utility Expenditures** | $ 204.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Southern District of Florida

In re  **Andre Laforest Brevil**                                                                                      Case No.  **13-36355**
                                              Debtor(s)                                                                      Chapter   **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED 2/12/2014

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __23__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 12, 2014**                          Signature   **/s/ Andre Laforest Brevil**
                                                                                 **Andre Laforest Brevil**
                                                                                 Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                        18 U.S.C. §§  152 and 3571.