**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ ___Third___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **ANDRE L. BREVIL**   JOINT DEBTOR: _____   CASE NO.: 13-36355-LMI
Last Four Digits of SS# XXX-XX-0792  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ __309.65__ for months __1__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,650.00__   TOTAL PAID $1,500.00
         Balance Due  $ __2,150.00__ payable $ 215.00 /month  (Months  1  to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. __None__                              Arrearage on Petition Date   $_____
Address:_____                       Arrears Payment $_____/month (Months _____ to _____)
                                         Regular Payment $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None |  | % | $ | __ To __ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. None _____   Total Due  $_____
                     Payable  $_____/month (Months____ to ____) Regular Payment $____

Unsecured Creditors: Pay $ 63.69 /month (Months  1  to  10 ), $ 278.69 /month (Months  11  to  60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay Mortgage to Capital One (Account No.XXX-4956) for property 3240 May Street, #S207, Miami, FL 33131. Debtor will continue to pay 1st mortgage Ocwen Loan Servicing LLC (Account No.XXX-3768) and 2nd mortgage Chase (Account No.XXX-8091) for the property located:6280 SW 123 Court Apt,406, Miami, FL 33186. Debtor is current and will continue to pay Creditor, Toyota Motor Credit Corporation (Account No.XXX-1132) for the 2002 Lexus LS430. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Robert Sanchez, Esq._____                    _____
Attorney for Debtor                                    Joint Debtor
Date:  2/12/2014                                       Date:_____

LF-31 (rev. 06/02/08)