## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                                                                              CASE NO: 13-36355-LMI
                                                                                                         CHAPTER 13

ANDRE LAFOREST BREVIL
*aka* Andre Brevil,
*aka* Andre L Brevil,

     Debtor
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** the undersigned attorney hereby appears as counsel for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 ("Secured Creditor") and requests that all notices required by Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the following be added to the Court's Master Mailing List:

**FREDERIC J. DISPIGNA, ESQUIRE**
**BROCK & SCOTT, PLLC**
**1501 NW 49TH STREET, SUITE 200**
**FORT LAUDERDALE, FL 33309**

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Andre Laforest Brevil, 3240 Mary Street #S207, Miami, FL 33133-5273; Robert Sanchez, Esq., 355 W 49 St., Hialeah, FL 33012; Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 30th day of April, 2014.

                                                                      BROCK & SCOTT, PLLC
                                                                       Attorney for Secured Creditor
                                                                       1501 NW 49th Street, Suite 200
                                                                       Fort Lauderdale, FL 33309
                                                                       Phone: (954) 618-6955 Ext. 6009
                                                                       Fax: (954) 618-6953
                                                                       frederic.dispigna@brockandscott.com

                                                                       /s/ Frederic J. DiSpigna
                                                                       _____
                                                                       FREDERIC J. DISPIGNA, ESQUIRE
                                                                       Florida Bar No. 0345539

B&S File No. 14-F04945