B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Andre Laforest Brevil**                            ,    Case No.    **13-36355**

               Debtor                    Chapter               **13**

## SUMMARY OF SCHEDULES - AMENDED 5/22/2014

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 201,490.00 | | |
| B - Personal Property | Yes | 4 | 17,555.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 452,204.41 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 556,875.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,304.54 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,991.73 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 219,045.00 | | |
| Total Liabilities | | | | 1,009,079.41 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Andre Laforest Brevil** _____,    Case No. ___**13-36355**___

                                              Debtor

                                              Chapter _____**13**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,304.54 |
| Average Expenses (from Schedule J, Line 18) | 3,991.73 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,674.17 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 249,730.24 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 556,875.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 806,605.24 |

B6F (Official Form 6F) (12/07)

In re  __Andre Laforest Brevil_____,  Case No. ___13-36355_____
                              Debtor

## AMENDED 5/22/2014
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx7251<br><br>Advanta Bank Corp<br>Po Box 31032<br>Tampa, FL 33631 | | - | Opened 10/11/06  Last Active  9/02/09<br>Business Credit Card | | | | 8,868.00 |
| Account No. -xxxxxxxxxxxx1063<br><br>Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | | Opened 10/25/82  Last Active 11/01/11<br>Credit Card | | | | 1.00 |
| Account No. xxxx xx x-xxxxx1002<br><br>Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090 | | - | Opened 10/27/11  Last Active  5/01/09<br>Factoring Company Account Bank Of America | | | | 12,708.00 |
| Account No. xxxx xx.: xx-xxxxxCA20<br><br>Bank of America<br>101 N Tyron Street 7th Floor<br>Charlotte, NC 28255-0001 | | - | Lawsuit | | | | 366,976.49 |

|  |  |
|---|---|
| __7__ continuation sheets attached | Subtotal (Total of this page)  388,553.49 |

B6F (Official Form 6F) (12/07) - Cont.

In re __**Andre Laforest Brevil**_____,  Case No. _____**13-36355**_____
                                    **Debtor**

## AMENDED 5/22/2014
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2607**<br><br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | - | | **Opened 3/28/06 Last Active 5/01/09**<br>**Business Credit Card** | | | | **30,308.00** |
| Account No. **xxxxxxxxxxx3925**<br><br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | - | | **Opened 12/23/06 Last Active 2/26/10**<br>**Business Credit Card** | | | | **10,665.00** |
| Account No. **xxxxxxxxxxx6202**<br><br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | - | | **Opened 6/12/06 Last Active 11/30/09**<br>**Credit Card** | | | | **1.00** |
| Account No. **xxxxxxxxxxx8458**<br><br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | - | | **Opened 8/16/07 Last Active 4/28/09**<br>**Credit Card** | | | | **1.00** |
| Account No. **xxxxxxxxx1899**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | - | | **Opened 8/15/07 Last Active 8/01/10**<br>**Home Equity Line Of Credit** | | | | **1.00** |

Sheet no. __**1**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**40,976.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andre Laforest Brevil**                                    ,          Case No. ___**13-36355**_____
                          Debtor

# AMENDED 5/22/2014
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx4354**<br><br>**Bank Of America, N.A.**<br>**201 N Tryon St**<br>**Charlotte, NC 28202** | - | | Opened 11/09/02 Last Active 5/19/05<br>Automobile | | | | 1.00 |
| Account No. **xxxx2855**<br><br>**Bank Of America, N.A.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | - | | Opened 10/06/05 Last Active 4/01/06<br>Real Estate Mortgage | | | | 1.00 |
| Account No. **xxxx8687**<br><br>**Bank Of America, N.A.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | - | | Opened 10/06/05<br>Real Estate Mortgage | | | | Unknown |
| Account No. **xxxxxxxxxx9900**<br><br>**Barclays Bank Delaware**<br>**125 S West St**<br>**Wilmington, DE 19801** | - | | Opened 6/24/07 Last Active 2/01/10<br>Charge Account | | | | 1.00 |
| Account No. **xxxxxxxxxxx7611**<br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | - | | Opened 5/15/02 Last Active 7/07/09<br>Credit Card | | | | 14,383.00 |

Sheet no. __**2**___ of __**7**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,386.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Andre Laforest Brevil**                                        ,          Case No. ___**13-36355**_____
                                                Debtor

## AMENDED 5/22/2014
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx3255<br><br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | - | | | **Opened 4/15/97 Last Active 10/20/06**<br>**Credit Card** | | | | 1.00 |
| Account No. xxxxxxxxxxxx1315<br><br>**Cap One Na**<br>**Po Box 26625**<br>**Richmond, VA 23261** | - | | | **Opened 12/09/01 Last Active 10/01/13**<br>**Credit Card** | | | | 3,860.00 |
| Account No. xxxx xx.: xx-xxxxxCC25<br><br>**Capital One Bank**<br>**c/o Pollack & Rosen, P.A.**<br>**800 Douglas Road**<br>**North Tower, Suite 450**<br>**Coral Gables, FL 33134** | - | | | **Lawsuit** | | | | 14,013.60 |
| Account No. xxxxxxxxxxx3923<br><br>**Capital One, N.A.**<br>**Po Box 30273**<br>**Salt Lake City, UT 84130** | - | | | **Opened 2/09/06 Last Active 11/20/06**<br>**Note Loan** | | | | 1.00 |
| Account No. xxxx5687<br><br>**Cavalry Portfolio Serv**<br>**500 Summit Lake Dr**<br>**Valhalla, NY 10595** | - | | | **Opened 9/28/12 Last Active 6/01/09**<br>**Collection Attorney Bank Of America** | | | | 13,784.00 |

Sheet no. __**3**___ of __**7**____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          31,659.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andre Laforest Brevil** _____,    Case No. ____**13-36355**_____
                              Debtor

### AMENDED 5/22/2014
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8043 <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | - | | Opened 12/21/04 Last Active 10/13/06 <br> Credit Card | | | | 1.00 |
| Account No. xxxx5595 <br><br> **Convergent** <br> **Po Box 9004** <br> **Renton, WA 98057** | - | | Opened 1/13/12 <br> Collection Sprint | | | | 123.00 |
| Account No. xxxxxxxxxxxx6416 <br><br> **Discover Fin Svcs Llc** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | - | | Opened 5/28/06 Last Active 6/01/10 <br> Credit Card | | | | 9,105.00 |
| Account No. xxx2466 <br><br> **Eos Cca** <br> **700 Longwater Dr** <br> **Norwell, MA 02061** | - | | Opened 8/13/12 Last Active 3/01/10 <br> Collection Attorney At T Mobility | | | | 273.00 |
| Account No. xxxxxxxxxxxx3790 <br><br> **Gecrb/Brandsmart** <br> **Po Box 981439** <br> **El Paso, TX 79998** | - | | Opened 11/26/01 Last Active 4/18/07 <br> Charge Account | | | | 1.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,503.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andre Laforest Brevil**                                          ,          Case No.    **13-36355**
_____
Debtor

# AMENDED 5/22/2014
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx4142**<br><br>Gecrb/Dillards<br>Po Box 965024<br>Orlando, FL 32896 | - | | | | Opened 2/01/99 Last Active 2/27/02<br>Charge Account | | | | **Unknown** |
| Account No. **xxxxxxx9050**<br><br>Gecrb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 | - | | | | Opened 1/18/02 Last Active 9/19/02<br>Charge Account | | | | **Unknown** |
| Account No. **xxxxxxxxxxx5315**<br><br>Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130 | - | | | | Opened 12/09/01 Last Active 1/19/11<br>Credit Card | | | | **1.00** |
| Account No. **xxxxxxxxxxx6315**<br><br>Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130 | - | | | | Opened 12/09/01 Last Active 3/02/09<br>Credit Card | | | | **1.00** |
| Account No. **xxxxx-xxxxxx6851**<br><br>Hsbc/Bsbuy<br>Po Box 5253<br>Carol Stream, IL 60197 | - | | | | Opened 11/26/01 Last Active 5/10/07<br>Charge Account | | | | **1.00** |

Sheet no. __5___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andre Laforest Brevil**                                    ,    Case No. ___**13-36355**_____
                                    Debtor

# AMENDED 5/22/2014
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxx6266<br><br>Hsbc/Rs<br>90 Christiana Rd<br>New Castle, DE 19720 | | - | | | Opened 11/24/01  Last Active 11/29/05<br>Charge Account | | | | 1.00 |
| Account No. xxxxx5626<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | - | | | Opened 12/14/12  Last Active  7/01/09<br>Factoring Company Account Barclays Bank Delawa | | | | 6,274.00 |
| Account No. xxx6910<br><br>Superior Bank/Sst<br>4315 Pickett Rd<br>Saint Joseph, MO 64503 | | - | | | Opened 10/19/99  Last Active  4/22/03<br>Automobile | | | | Unknown |
| Account No. xxxxxxxxxxx0179<br><br>Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | | - | | | Opened  4/27/99  Last Active  4/19/07<br>Charge Account | | | | 1.00 |
| Account No. xxxx6994<br><br>West Asset Management<br>2703 W Highway 75<br>Sherman, TX 75092 | | - | | | Opened  1/04/10<br>Collection Attorney Sprint | | | | 123.00 |

Sheet no. __6___ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 6,399.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Andre Laforest Brevil_____,    Case No. ___13-36355_____
                        **Debtor**

# AMENDED 5/22/2014
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx.xx-xxxxx-CA-11**<br><br>**Wetherington Hamilton, P.A.**<br>**c/o Bank of The West**<br>**P.O. Box 172727**<br>**Tampa, FL 33672** | | - | | **Business Debt** | | | | **65,393.91** |
| Account No. **xxxxxxx5345**<br><br>**Wfds/Wds**<br>**Po Box 1697**<br>**Winterville, NC 28590** | | - | | **Opened 10/25/07  Last Active  2/11/13**<br>**Automobile** | | | | **1.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | **65,394.91** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **556,875.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re __Andre Laforest Brevil__

Debtor(s)

Case No. __13-36355__

Chapter __13__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED 5/22/2014

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __23__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __May 22, 2014__

Signature __/s/ Andre Laforest Brevil__

__Andre Laforest Brevil__

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.