CGFI1 (9/18/13)



ORDERED in the Southern District of Florida on June 5, 2014

**Laurel M Isicoff**
United States Bankruptcy Judge

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 13−36355−LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Andre Laforest Brevil
aka Andre Brevil, aka Andre L Brevil

3240 Mary Street #S207
Miami, FL 33133−5273
SSN: xxx−xx−0792

# ORDER STRIKING DOCUMENT

The following document was filed on 5/22/14:

Title of Stricken Document: **Amended Summary of Schedules,Schedule F Filed by Debtor Andre Laforest Brevil.**

The document was not accompanied by Local Form 11 **Declaration Under Penalty of Perjury to Accompany Petitions, Schedules, Filing Fee Applications and Statements filed Electronically** as required by Local Rules 1007−1(D), 1009−1 or 9011−4(C).

It is **ORDERED** that this document is stricken. Any fees accompanying the document shall not be refunded. A stricken document resubmitted in compliance with the rules shall be considered as filed on the date it is resubmitted for filing, not the date the noncomplying document was initially filed, and must be served in accordance with court rules. If required, an additional fee must also be remitted. If the document stricken was a notice or motion served pursuant to Local Rules 3007−1(C), 4001−1(C), 6004−1(D), 6007−1(B) or 9013−1(D), the proponent is denied any relief which would have been afforded under the "negative notice" provisions contained in these rules and the party filer shall not submit any requests for orders to take any action based upon the filing of this stricken document.

The clerk of court shall serve a copy of this order on the party filing this document and on all parties on the service list of the document being stricken.

# # #