UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                          CASE NO.: 13-36355-LMI
                                                                CHAPTER 13
**ANDRE LAFOREST BREVIL,**

    **Debtor.**
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

    PLEASE TAKE NOTICE that the following substitution of counsel is made as of the effective date below, on behalf of WELLS FARGO BANK, N.A., AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2.

| Original Counsel/Address: | Substitution Counsel/Address: |
|---|---|
| Anila S. Rasul, Esq | Nirvani D. Singh, Esq |
| Formerly of Robertson, Anschutz & Schneid, P.L. | Robertson, Anschutz & Schneid, P.L. |
| 6409 Congress Ave., Suite 100 | 6409 Congress Ave., Suite 100 |
| Boca Raton, FL 33487 | Boca Raton, FL 33487 |

Currently of SHD Legal Group, PA
PO Box 11438
Fort Lauderdale, FL 33339-1438

Effective Date of Substitution: September 8, 2014

| Original Attorney | Substituting Attorney |
|---|---|
| By:  /s/ Anila S. Rasul | /s/ Nirvani D. Singh |
| Anila S. Rasul, Esquire | Nirvani D. Singh, Esquire |
| FBN: 36378 | FBN: 105571 |




13-25488 - ChH

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29 day of December, 2014 I served the foregoing document by U.S. Mail or CM/ECF, upon the following parties in interest as indicated below:

Andre Laforest Brevil
c/o Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy N. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Tel: 561-241-6901
    Fax: 561-997-6909
    Email: mail@rasflaw.com

    /s/ Nirvani D. Singh
    Nirvani D. Singh, Esquire
    FBN: 105571

13-25488 - ChH