UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Andre Brevil                                    Case No.: 13-36355-LMI
                                                        Chapter 13

_____Debtor(s)_____/

### MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through their undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On October 31, 2013 the instant case was filed.

2. On March 12, 2014 debtor's Third Amended Chapter 13 plan was confirmed.

3. In debtor's confirmed plan, the debtor was paying a non homestead, rental property located at 9280 SW 123rd Ct Unit s406 Miami, FL 33186 financed through a first mortgage by Ocwen Loan Servicing.

4. Debtor now desires to modify his plan in order to participate in the MMM program to modify this first mortgage on said property.

5. Concurrently with the filing of this Motion, the Debtor is filing a First Modified Plan with MMM Language, and an "Out of Time" Motion to Refer to MMM.

6. Debtor wishes to modify his plan to provide MMM payments to the secured creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161