UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Andre Brevil                                    Case No.: 13-36355-LMI
                                                         Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY,** that a true and correct copy of the Motion to Modify,

Notice of Hearing and First Modified Plan was sent via CM/ECF to Nancy Neidich,

Trustee, and U.S. Mail this 14th day of December, 2015 to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez_____*
    Robert Sanchez, Esq., FBN#0442161

Advanta Bank Corp
Po Box 31032
Tampa, FL 33631

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Asset Acceptance Llc
Po Box 1630
Warren, MI 48090

Bank of America
101 N Tryon Street 7th Floor
Charlotte, NC 28255-0001

Bank Of America
Po Box 982235
El Paso, TX 79998

Bank Of America
Po Box 982235
El Paso, TX 79998

Bank Of America
Po Box 982235
El Paso, TX 79998

Bank Of America
Po Box 982235
El Paso, TX 79998

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank Of America, N.A.
201 N Tryon St
Charlotte, NC 28202

Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801

Cap One
Po Box 85520
Richmond, VA 23285

Cap One
Po Box 85520
Richmond, VA 23285

Cap One Na
3905 N Dallas Pkwy
Plano, TX 75093

Cap One Na
Po Box 26625
Richmond, VA 23261

Capital One Bank
c/o Pollack & Rosen, P.A.
800 Douglas Road
North Tower, Suite 450
Coral Gables, FL 33134

Capital One, N.A.
Po Box 30273
Salt Lake City, UT 84130

Cavalry Portfolio Serv
500 Summit Lake Dr
Valhalla, NY 10595

Chase
Po Box 24696
Columbus, OH 43224

Chase
Po Box 15298
Wilmington, DE 19850

Convergent
Po Box 9004
Renton, WA 98057

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Eos Cca
700 Longwater Dr
Norwell, MA 02061

Gecrb/Brandsmart
Po Box 981439
El Paso, TX 79998

Gecrb/Dillards
Po Box 965024
Orlando, FL 32896

Gecrb/Jcp
Po Box 984100
El Paso, TX 79998

Hsbc Bank
Po Box 30253
Salt Lake City, UT 84130

Hsbc Bank
Po Box 30253
Salt Lake City, UT 84130

Hsbc/Bsbuy
Po Box 5253
Carol Stream, IL 60197

Hsbc/Rs
90 Christiana Rd
New Castle, DE 19720

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Ocwen Loan Servicing LLC
PO BOX 6440
Carol Stream, IL 60197-6440

Superior Bank/Sst
4315 Pickett Rd
Saint Joseph, MO 64503

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117

Toyota Motor Credit
POB 8026
Cedar Rapids, IA 52408

West Asset Management
2703 W Highway 75
Sherman, TX 75092

Wetherington Hamilton, P.A.
c/o Bank of The West
P.O. Box 172727
Tampa, FL 33672

Wfds/Wds
Po Box 1697
Winterville, NC 28590