UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Andre Brevil                                              Case No.: 13-36355-LMI
                                                                    Chapter 13

_____Debtor(s)_____/    CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the Order Granting Verified Out of Time Motion for Referral to Mortgage Modification was sent to all interested parties on January 25, 2016 as follows:

Electronically: Nancy N. Niedich, Trustee

Lender's counsel: ROBERTSON, ANSCHUTZ & SCHNEID, P.L., Nirvani D. Singh, Esquire, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487; Email: mail@rasflaw.com

Via First Class Mail:

Ocwen Loan Servicing, LLC
12650 Ingenuity Drive
Orlando, FL 32826

(Ocwen Loan Servicing, LLC
c/o William Erbey, Mgr.
2002 Summit Boulevard, 6th Floor
Atlanta, GA 32301

Ocwen Loan Servicing, LLC
c/o Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Ocwen Loan Servicing, LLC
c/o Ronald M. Faris, CEO
1661 Worthington Road, Suite 10
West Palm Beach, FL 33409

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
 Robert Sanchez, Esq., FBN#0442161