

**ORDERED in the Southern District of Florida on February 8, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:     Andre Laforest Brevil            Case No. 13-36355-LMI
                                            Chapter 13
Debtor(s)/

**ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH OCWEN LOAN SERVICING, LLC**

This matter came before the Court:

☒   On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with _Ocwen Loan Servicing , LLC ("Lender").

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.  The Motion to Approve Mortgage Modification Agreement is granted.

2.  The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3.  [For chapter 13 cases] The Debtor shall amend/modify the last filed chapter 13 plan on or before _March 10, 2017_ to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

### 

Attorney Sanchez shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).