**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**FOURTH Modified plan**

DEBTOR: Andre L. Brevil          JOINT DEBTOR: _____          CASE NO.: 13-36355-LMI
Last Four Digits of SS# 0792          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 572.70      for months  1 to 40 ; in order to pay the following creditors:
    B.    $ 2,101.94   for months 41 to 41; in order to pay the following creditors:
    C.    $ 276.52      for months 42 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650+ 2500 (MMMotion) + $525 (Motion to modify) + $262
    (Motion to modify) $525 (Motion to modify) = 7462 TOTAL PAID $ 3,250
    Balance Due $ 4212    payable $ 92.18/month (Months 1 to 40)
    payable $ 525/month (Months 41 to 41)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  Ocwen Loan Servicing
Address: PO BOX 6440                              MMM Payment    $ 247.50/month (Months 1 to 40)
Carol Stream IL 60197
Account No: xxxx3768

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                          Total Due  $_____
    Payable    $_____/month (Months ___to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 211.90/month (Months 1 to 40); Pay $ 1,366.75/month (Months 41 to 41). and Pay $ 248.87/month (Months 42 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay Mortgage to Capital One (Account No.XXX-4956) for property 3240 May Street, #S207, Miami, FL 33131. Debtor will continue to pay 2nd mortgage Chase (Account No.XXX-8091) for the property located: 9280 SW 123 Court Apt,406, Miami, FL 33186. Debtor is current and will continue to pay Creditor, Toyota Motor Credit Corporation (Account No.XXX-1132) for the 2002 Lexus LS430. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.
"The debtor has filed an OUT OF TIME Verified Motion for Referral to MMM with     Ocwen Loan Servicing LLC (FIRST MORTGAGE) ("Lender"), loan number   xxxx3768 , for real property located at  9280 SW 123 Court Apt,406, Miami, FL 33186 . The Debtor and the Creditor reached an agreement at Mediation and the final report was entered at ECF#77. The Debtor will pay this creditor direct and outside the bankruptcy plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.
Attorney for Debtor                                              Joint Debtor
Date: 3/10/2017                                                  Date:
LF-31 (rev. 01/08/10)